# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:03CV491

| | |
|---|---|
| CHARLIE L. RICHARDSON,<br>    Plaintiff | )<br>)<br>) |
| vs. | )    <u>**ORDER**</u> |
| | ) |
| HARRY E. WILSON,<br>    Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the Motion (Document No. 65), filed October 24, 2005 by Charlie Richardson. In the Motion, Mr. Richardson appears to ask the Court to enforce the deadlines set forth in the Pretrial Order (Document No. 42), entered February 8, 2005. Mr. Richardson has not, however, pointed out any deadline that the parties have failed to follow. Mr. Richardson also complains about certain "Ex Parte behaviors." The undersigned finds that Mr. Richardson's allegations neither contain sufficient detail of such behavior nor are likely to have merit. Accordingly, the undersigned will deny the Motion.

**IT IS, THEREFORE, ORDERED** that the Motion (Document No. 65) is **DENIED**.

**Signed: October 28, 2005**

David C. Keesler
United States Magistrate Judge