**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO: 3:03CV491**

| | | | |
|---|---|---|---|
| **CHARLIE L. RICHARDSON,** | ) | | |
| **Plaintiff** | ) | | |
| | ) | | |
| **vs.** | ) | _____ | **ORDER** |
| | ) | | |
| **HARRY E. WILSON,** | ) | | |
| **Defendant.** | ) | | |
| | ) | | |
| _____ | ) | | |

**THIS MATTER IS BEFORE THE COURT** on the following motions – (i) a letter from Robert R. Reilly (Document No. 64), received by the Court on October 11, 2005, in which Mr. Reilly asks the Court to quash a subpoena for his appearance in this Court on December 5, 2005 in connection with the above-captioned case; (ii) the "W. Clark Goodman's Motion to Quash Subpoena" (Document No. 67), filed October 28, 2005 by W. Clark Goodman, in which Mr. Goodman asks the Court to quash a subpoena for his appearance in this Court on December 5, 2005 in connection with the above-captioned case; (iii) the "Mark P. Henriques' Motion to Quash Subpoena" (Document No. 68), filed October 28, 2005 by Mark P. Henriques, in which Mr. Henriques asks the Court to quash a subpoena for his appearance in this Court on December 5, 2005 in connection with the above-captioned case; (iv) the "Richard L. Rainey's Motion to Quash Subpoena" (Document No. 69), filed October 28, 2005 by Richard L. Rainey, in which Mr. Rainey asks the Court to quash a subpoena for his appearance in this Court on December 5, 2005 in connection with the above-captioned case; (v) the "Jim D. Cooley's Motion to Quash Subpoena" (Document No. 70), filed October 28, 2005 by Jim D. Cooley, in which Mr. Cooley asks the Court

to quash a subpoena for his appearance in this Court on December 5, 2005 in connection with the above-captioned case; (vi) the "Harold D. Winkler's Motion to Quash Subpoena" (Document No. 72), filed November 3, 2005 by Harold D. Winkler, in which Mr. Winkler asks the Court to quash a subpoena for his appearance in this Court on December 5, 2005 in connection with the above-captioned case; (vii) the "Charles J. Williams' Motion to Quash Subpoena" (Document No. 73), filed November 3, 2005 by Charles J. Williams, in which Mr. Williams asks the Court to quash a subpoena for his appearance in this Court on December 5, 2005 in connection with the above-captioned case; (viii) the "Grace Mynatt's Motion to Quash Subpoena" (Document No. 74), filed November 3, 2005 by Grace Mynatt, in which Ms. Mynatt asks the Court to quash a subpoena for his appearance in this Court on December 5, 2005 in connection with the above-captioned case; and (ix) the "Motion to Quash Subpoena" (Document No. 75), filed November 3, 2005 by the Honorable Marvin K. Gray, a retired judge of the Superior Court Division of the General Court of Justice for the State of North Carolina, in which Judge Gray asks the Court to quash a subpoena for his appearance in this Court on December 5, 2005 in connection with the above-captioned case – as well as the "Motion to Deny Defendants Quash Suboenas (sic)" (Document No. 71), filed October 31, 2005 by Charlie Richardson supposedly in response to motions listed as above as (i) through (v); and the "Plaintiff Motion to Deny Cabrarrus (sic) County Schools attorneys' Motion" (Document No. 78), filed November 7, 2005 by Mr. Richardson in response to the motions listed above as (vi) through (viii).

In an Order, dated November 30, 2005 (Document No. 84), the Honorable Robert J. Conrad granted the "Motion for Summary Judgment" (Document No. 56) by Harry E. Wilson. Because Judge Conrad entered summary judgment against Mr. Richardson, there will be no trial of this case and hence no need for witnesses to testify at such trial. As such, the undersigned will deny the

motions listed above as (i) through (ix) as moot.

**IT IS, THEREFORE, ORDERED** that the following motions are **DENIED AS MOOT**: a letter from Robert R. Reilly (Document No. 64); the "W. Clark Goodman's Motion to Quash Subpoena" (Document No. 67); the "Mark P. Henriques' Motion to Quash Subpoena" (Document No. 68); the "Richard L. Rainey's Motion to Quash Subpoena" (Document No. 69); the "Jim D. Cooley's Motion to Quash Subpoena" (Document No. 70); the "Harold D. Winkler's Motion to Quash Subpoena" (Document No. 72); the "Charles J. Williams' Motion to Quash Subpoena" (Document No. 73); the "Grace Mynatt's Motion to Quash Subpoena" (Document No. 74); and the "Motion to Quash Subpoena" (Document No. 75).

The undersigned asks the Clerk of Court to ensure that all subpoenaed parties receive notice of the entry of this Order and to inform promptly those parties that their compliance with the subpoenas is excused.

**Signed: December 2, 2005**

David C. Keesler
United States Magistrate Judge