# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO: 3:03CV491

| | |
|---|---|
| CHARLIE L. RICHARDSON,<br>Plaintiff | )<br>)<br>) |
| vs. | )    <u>ORDER</u><br>) |
| HARRY E. WILSON,<br>Defendant. | )<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Plaintiff Motion of Perjury Against the Defendant" (Document No. 87) (the "Motion"), filed December 5, 2005 by Charlie Richardson. In an Order, dated November 30, 2005 (Document No. 84), the Honorable Robert J. Conrad granted the "Motion for Summary Judgment" (Document No. 56) by Harry E. Wilson. This case is now closed. Accordingly, the undersigned will deny the Motion as moot.

**IT IS, THEREFORE, ORDERED** that the "Plaintiff Motion of Perjury Against the Defendant" (Document No. 87) is **DENIED AS MOOT**.

**Signed: December 8, 2005**

_____
David C. Keesler
United States Magistrate Judge