# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charlie L. Richardson,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:03cv491

Harry E. Wilson,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 30, 2005 Order.

December 12, 2005　　　　　　　　　　FRANK G. JOHNS, CLERK

　　　　　　　　　　　　　　　　　　BY: *[signature]*
　　　　　　　　　　　　　　　　　　Cynthia Huntley, Deputy Clerk