IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:03CV491

| | |
|---|---|
| CHARLIE L. RICHARDSON, ) | |
|     Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| HARRY E. WILSON, ) | |
|     Defendant. ) | |

Plaintiff Charlie L. Richardson has moved for reconsideration of this Court's decision on November 30, 2005, granting defendant Harry E. Wilson's motion for summary judgment and dismissing Richardson's case. (Doc. No. 89). This Court will construe Richardson's motion as a timely motion to alter or amend the judgment pursuant to Fed.R.Civ.P. 59. Richardson contends that the Court committed errors of law when it failed to rule on his amended complaint, excluded Richardsons's hearsay testimony, and considered defendant's allegedly perjured testimony. However, having reviewed the record, the Court finds Richardson has failed to show any clear errors of law, or that the initial decision was manifestly unjust. See Pacific Ins. Co. v. Am. Nat. Fire Ins., 148 F.3d 396, 403 (4th Cir.1998).

**THEREFORE, IT IS HEREBY ORDERED** that Richardson's Motion for Reconsideration (Doc. No. 89) is **DENIED**.

**Signed: December 14, 2005**

_Robert J. Conrad, Jr._
Robert J. Conrad, Jr.
United States District Judge