# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:03CV491

| | |
|---|---|
| CHARLIE L. RICHARDSON,<br>    Plaintiff | )<br>)<br>) |
| vs. | )    **ORDER** |
| HARRY E. WILSON,<br>    Defendant. | )<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Appear Before Chief District Court Judge, and Motion for Continuance" (Document No. 93), filed December 21, 2005 by the Plaintiff, Charlie Richardson. In an Order, dated November 30, 2005 (Document No. 84), the Honorable Robert J. Conrad granted the "Motion for Summary Judgment" (Document No. 56) by Harry E. Wilson. This case is now closed. Accordingly, the undersigned will deny the Motion as moot.

**IT IS, THEREFORE, ORDERED** that the "Motion to Appear Before Chief District Court Judge, and Motion for Continuance" (Document No. 93) is **DENIED AS MOOT**.

Signed: August 3, 2006

David C. Keesler
United States Magistrate Judge

1