UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| CHARLIE L. RICHARDSON, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No.: 3:03-cv-491-RJC |
| HARRY E. WILSON, | ) |
| Defendant. | ) |

**ORDER DENYING PLAINTIFF'S MOTIONS**

This case was closed on December 12, 2005. Nevertheless, presently before the Court is Plaintiff Charlie Richardson's reiterative request (see Doc. Nos. 103-107) that the Court re-open his case and reconsider its March 30, 2007 Order (Doc. No. 102) denying his previous motions to reconsider/amend the judgment (see Doc. Nos. 95-101), which followed an earlier order by this Court (Doc. No. 92) denying his original motion to reconsider (see Doc. No. 89; see also Doc. No. 87) the Court's Order granting the defendant's motion for summary judgment and dismissing Mr. Richardson's case.

For reasons explained in the Court's previous orders, Plaintiff's "Motion for Reconsideration" (Doc. No. 103), his "Motion to Defer" (Doc. No. 104), and his "Motion to Recuse Defendant's Counsel" (Doc. No. 107) **ARE HEREBY DENIED**.

Signed: March 18, 2008

Robert J. Conrad, Jr.
Chief United States District Judge